‘RUTH ELIN AUERBACH, (SBN 104191)
Law Office of Ruth Auerbach
236 West Portal Ave., #185
San Francisco, CA 94127
Tel: (415) 722-5596
Fax: (415) 349-4555
Email: attorneyruth@sbcglobal.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MOLLY ELLEN CATANZARO,<br><br>Debtors-in-Possession. | Case No.: 24-30828<br><br>CHAPTER 11 |
| ANNEMARIE CATANZARO, as Personal representative of the Estate of Richard W. Catanzaro, Jr.,<br><br>Plaintiff,<br><br>Vs.<br><br>MOLLY ELLEN CATANZARO,<br><br>Defendant. | AP NO. 25-03013<br><br>**ANSWER TO FIRST AMENDED COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT AND FOR DENIAL OF DISCHARGE** |

Defendant, MOLLY ELLEN CATANZARO, hereby responds to the allegations of Plaintiff’s First Amended Complaint to Determine Dischargeability of Debt filed herein on August 7, 2026 (“Complaint”) as follows:

1. Defendant admits the allegations contained in Paragraphs 1, 2, 3, 5, 6, 7, 8, 9, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 27, 29, 30, 33, 34, 35, 38, 39, 43, 44, 48, 56, of the Complaint.


Case: 25-03013 Doc# 24 Filed: 09/17/26 Entered: 09/17/26 12:13:19 Page 1 of 3

2. Defendant denies the allegations contained in Paragraphs 4, 26, 28, 36, 40, 41, 45, 46, 47, 49, 50, 51, 52, 53, 54, 58, 59, 60, 61, 62, 63 64, 65, 66, 67, 68, and 69 of the Complaint.

3. Defendant lacks sufficient information or belief to admit or deny the allegations contained in Paragraph 31 of the Complaint and on that basis denies the allegations.

4. In response to Paragraph 10, the Defendant refers to her responses contained in Paragraphs 1 through 3 above and incorporates those responses as if more fully set forth.

5. In response to Paragraph 32, the Defendant refers to her responses contained in Paragraphs 1 through 31 above and incorporates those responses as if more fully set forth.

6. In response to Paragraph 37, the Defendant refers to her responses contained in Paragraphs 1 through 36 above and incorporates those responses as if more fully set forth.

7. In response to Paragraph 42, the Defendant refers to her responses contained in Paragraphs 1 through 41 above and incorporates those responses as if more fully set forth.

8. In response to Paragraph 55, the Defendant refers to her responses contained in Paragraphs 1 through 54 above and incorporates those responses as if more fully set forth.

FIRST AFFIRMATIVE DEFENSE

As a first and separate affirmative defense, the Defendant alleges that the Complaint fails to state a claim upon which relief may be granted.


Case: 25-03013 Doc# 24 Filed: 09/17/26 Entered: 09/17/26 12:13:19 Page 2 of 3

SECOND AFFIRMATIVE DEFENSE

As a second and separate affirmative defense, the Defendant states that the judgement upon which this complaint is based is on appeal and that this matter should be stayed pending the determination on appeal.

THIRD AFFIRMATIVE DEFENSE

As to any omissions or other deficiencies in the Debtor's pleadings, the Defendant alleges that the omissions were due to inadvertence or lack of knowledge on the part of the Defendant and not with the intent to misinform the Court or creditors, and further states that no damage has resulted to creditors or the estate as a result of any omissions or misstatements.

FOURTH AFFIRMATIVE DEFENSE

Plaintiffs failed to mitigate their damages, if any, complained of herein.

FIFTH AFFIRMATIVE DEFENSE

Defendants reserve the right to assert additional affirmative defenses should they subsequently learn of additional facts to support such defenses.

WHEREFORE, Defendants pray for judgment against Plaintiffs as follows:

1. That Plaintiffs take nothing by way of their Complaint.
2. That any debt owing to Plaintiffs by defendants be deemed discharged in this Chapter 7 case.
3. The Debtor be granted a discharge in this Chapter 7 case.
4. For Defendants' costs of suit and reasonable attorney's fees incurred herein; and
5. For such other and further relief as the Court deems appropriate and proper.

Dated: September 17, 2026

LAW OFFICE OF RUTH AUERBACH

By:/s/ Ruth Elin Auerbach ,
RUTH ELIN AUERBACH, Attorney for
Defendant, MOLLY ELLEN CATANZARO



Case: 25-03013 Doc# 24 Filed: 09/17/26 Entered: 09/17/26 12:13:19 Page 3 of 3